1

2

3

4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7     STEPHEN RUSSELL,                          Case No.  18-cv-06691-RS   (AGT)

8                   Plaintiff,

9         v.                                    **ORDER REQUESTING *IN CAMERA***
                                                **SUBMISSION OF DOCUMENT**
10    NIR MAMAN, et al.,                         **WITHHELD ON FIFTH AMENDMENT**
                                                **PRIVILEGE GROUNDS**
11                  Defendants.                 Re:  ECF No. 207

12

13          Having reviewed the parties' joint discovery letter at ECF No. 207, the undersigned orders

14    Ryan Micheletti to submit the disputed two-page document to the Court for *in camera* review, via

15    email to agtsettlement@cand.uscourts.gov, by **February 16, 2021**.  Micheletti must

16    simultaneously file a notice of the *in camera* submission on the docket.

17          **IT IS SO ORDERED.**

18    Dated:  February 12, 2021

19

20                                              ALEX G. TSE
                                                United States Magistrate Judge
21

22

23

24

25

26

27

28

United States District Court
Northern District of California