WARREN METLITZKY (CA Bar No. 220758)
JOSHUA S. WHITE (CA Bar No. 237223)
ELIZABETH A. KIM (CA Bar No. 295277)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 343-7100
Fax: (415) 343-7101
Email: wmetlitzky@conmetkane.com
Email: jwhite@conmetkane.com
Email: lkim@conmetkane.com

Attorneys for PLAINTIFF STEPHEN RUSSELL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN RUSSELL<br><br>　　　　Plaintiff,<br>　　v.<br>NIR MAMAN, et al.,<br><br>　　　　Defendants. | Case No.   18-cv-06691-RS<br><br>JOINT STIPULATION RE EXTENSION OF CASE SCHEDULE AND ORDER AS MODIFIED BY THE COURT |
| NIR MAMAN, et al.<br>　　Third-Party Plaintiffs,<br>　　v.<br>RONEN SHLOMO, et al.<br>　　Third-Party Defendants. | |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff Stephen Russell ("Plaintiff"), Defendants Nir Maman, Ryan Micheletti, George Akkelquist, Legion Industries, Inc. d/b/a Shield Corps Security, DFW Metroplex Training Academy, and CT707 Israeli Krav Systems, Inc. ("Defendants"), and Third-Party Defendants Ronen Shlomo and Bsecure, (collectively, "the Parties"), jointly stipulate and respectfully request that the Court extend the current case schedule by approximately 90 days for good cause shown:

WHEREAS, the Court issued the controlling case schedule on June 19, 2020, with a fact discovery deadline is March 5, 2021;

WHEREAS, despite the Parties' diligent efforts to schedule depositions and exchange discovery, there are over a dozen depositions remaining, including several third-party depositions, the completion of the individual deposition of Defendant Nir Maman, and the Federal Rule of Civil Procedure 30(b)(6) deposition of CT707;

WHEREAS, Defendant Maman's and CT707's depositions were postponed due to health issues and have not yet been rescheduled due to Defendant Maman's health;

WHEREAS, Third Party Deponents Steven Walsh and Maura Walsh failed to appear at their duly noticed depositions on February 18, 2021 and Plaintiff is attempting to meet-and-confer with the deponents;

WHEREAS, the Parties are still meeting and conferring in good faith regarding discovery responses and document productions;

ACCORDINGLY, it is therefore STIPULATED and AGREED, subject to Court approval, that the case schedule be amended as follows:

| Event | Current Deadline | Deadline |
|---|---|---|
| Close of Fact Discovery | March 5, 2021 | June 4, 2021 |
| Deadline to Designate Experts in Accordance with FRCP 26(a)(2) | March 5, 2021 | June 4, 2021 |

| | | |
|---|---|---|
| Deadline to Designate Supplemental and Rebuttal Experts | April 2, 2021 | June 18, 2021 |
| Close of Expert Discovery | May 7, 2021 | July 9, 2021 |
| Deadline for Dispositive Motions | May 20, 2021 | MSJ due: August 6, 2021; Opposition due: August 20, 2021; Reply due: August 27; Hearing: September 16, 2021 |
| Pretrial Conference | August 11, 2021 | November 10, 2021 |
| Jury Trial | August 23, 2021 | November 22, 2021 |

DATED: February 24, 2021

Respectfully submitted,

CONRAD | METLITZKY | KANE LLP

*/s/ Warren Metlitzky*
WARREN METLITZKY
JOSHUA S. WHITE
ELIZABETH A. KIM
Attorneys for Plaintiff Stephen Russell

LAW OFFICES OF YOHAN LEE

*/s/ Jake Jung*
JAKE JUNG
CHUNG ROH
Attorneys for Defendants Nir Maman and CT707 Israeli Krav Systems, Inc.

LAW OFFICES OF DEK KETCHUM

*/s/ Dek Ketchum*
DEK KETCHUM
JENNY D. SMITH
Attorneys for Defendants George Akkelquist and DFW Metroplex Training Academy

RESNICK LOUIS, P.C.

*/s/ Shari Dana Goggin*
SHARI DANA GOGGIN
ROBERT ALLEN HUFNAGEL

Attorneys for Defendants Legion Industries, Inc., Ryan Micheletti, and Shield Corps Security

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Alexander Graft*
ALEXANDER A. GRAFT
KENDALL A. LAYNE
Attorneys for Bsecure and Ronen Shlomo

**ORDER**

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED that the case schedule shall be amended as proposed.

DATED: February 25, 2021

_____
Honorable Richard Seeborg
Chief United States District Judge