JOY D. LLAGUNO (CA Bar No. 311867)
**HOOK & HOOK PLLC**
8383 Wilshire Blvd., Suite 935
Beverly Hills, CA 90211
Phone: 724-802-7144
Fax:    724-802-7959
Email: jllaguno@hooklaw.com

BRIAN D. WALLER (admitted *pro hac vice*)
**PECKER & ABRAMSON, P.C.**
1325 Avenue of the Americas, 10th Floor
New York, NY 10019
Phone: 212-382-0909
Email: BWaller@pecklaw.com

*Attorneys for Plaintiff Stephen Russell*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN RUSSELL,<br><br>    Plaintiff,<br><br>    v.<br><br>NIR MAMAN, et al.,<br><br>    Defendants. | CASE NO. 18-CV-06691-RS<br><br> **ORDER**<br>**JOINT STIPULATION RE ADR AND CASE SCHEDULE PURSUANT TO THE COURT'S JULY 29, 2021 ORDER**<br> **AS MODIFIED BY THE COURT**<br><br>Dept.: Courtroom 3, 17th Floor<br>Judge:  Hon. Richard Seeborg |
| AND RELATED THIRD PARTY CLAIMS, CROSSCLAIMS, AND COUNTERCLAIMS. | |

Pursuant to the Court's July 29, 2021 Order directing all Parties to meet and confer regarding scheduling deadlines and potential ADR (Dkt. 239), Plaintiff Stephen Russell ("Plaintiff"), Defendants Nir Maman, Ryan Micheletti, George Akkelquist, Legion Industries, Inc. d/b/a Shield Corps Security, DFW Metroplex Training Academy, and CT707 Israeli Krav Systems, Inc. ("Defendants"), and Third-Party Defendants Ronen Shlomo and Bsecure, (collectively, "the Parties"), by and through the undersigned counsel, jointly stipulate as follows:

WHEREAS, on July 29, 2021, after a videoconference with the Parties, the Court entered an Order directing the Parties to meet and confer to discuss ADR possibilities and scheduling deadlines (Dkt. 239);

WHEREAS, on August 4, 2021, counsel for all Parties participated in a meet and confer conference pursuant to the Court's July 29, 2021 Order;

WHEREAS, counsel for all Parties have agreed to circulate a list of proposed private mediators and confer with their respective clients as to accepting or rejecting private mediation, and further agreed that should the Parties decide that the advice of Magistrate Judge Kim would be helpful in settlement, the Parties will inform the Court;

WHEREAS, the continued deposition of Defendant Nir Maman and the Rule 30(b)(6) deposition of CT707 Israeli Krav Systems, Inc. ("CT707") is scheduled for August 17, 2021, and counsel for Ryan Micheletti anticipate compelling non-party Tara Walsh to appear for deposition;

WHEREAS, if the depositions of Nir Maman, CT 707, and Tara Walsh are completed prior to the proposed close of discovery, counsel for all Parties have agreed to the below proposed case schedule, and subject to Court approval, request that the case schedule be amended as follows:

| Event | Current Deadline | Deadline |
|---|---|---|
| Close of Fact Discovery | September 2, 2021 | November 2, 2021 |
| Deadline for Defendants and Third Party Defendants to Designate Experts | August 1, 2021 | December 2, 2021 |
| Deadline to Designate Supplemental and Rebuttal Experts | August 1, 2021 | January 4, 2021 |
| Close of Expert Discovery | August 16, 2021 | January 18, 2022 |
| Deadline for Court to Hear Dispositive Motions | October 7, 2021 | February 3, 2022 |
| Pretrial Conference | December 1, 2021 | April 6, 2022 |
| Jury Trial | December 13, 2021 | April 18, 2022 |

Dated: August 6, 2021

Respectfully submitted,

**HOOK & HOOK, PLLC**

/s/ Joy D. Llaguno
JOY D. LLAGUNO

**PECKER & ABRAMSON, P.C.**

/s/ Brian D. Waller
BRIAN D. WALLER

*Attorneys for Plaintiff Stephen Russell*

**LAW OFFICES OF YOHAN LEE**

/s/ Chong Roh
JAKE JUNG
CHONG ROH

*Attorneys for Defendants Nir Maman and CT707 Israeli Krav Systems, Inc.*

**LAW OFFICES OF DEK KETCHUM**

*/s/ Dek Ketchum*
DEK KETCHUM
JENNY D. SMITH

*Attorneys for Defendants George Akkelquist and DFW Metroplex Training Academy*

**RESNICK LOUIS, P.C.**

*/s/ Robert A. Hufnagel*
SHARI DANA GOGGIN
ROBERT A. HUFNAGEL

*Attorneys for Defendants Legion Industries, Inc., Ryan Micheletti, and Shield Corps Security*

**LEWIS BRISBOIS BISGAARD & SMITH**

*/s/ Kendall A. Layne*
ALEXANDER A. GRAFT
KENDALL A. LAYNE

*Attorneys for Bsecure and Ronen Shlomo*

## ORDER

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED that the case schedule shall be amended as proposed.

DATED: August 6, 2021

_____
Honorable Richard Seeborg
United States District Judge