UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN RUSSELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NIR MAMAN, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-06691-RS<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff did not appear for a recent settlement conference. Plaintiff is ordered to show cause why he should not be held in contempt. Plaintiff must also submit a sworn declaration concerning the underlying facts under penalty of perjury. No hearing will be scheduled at this time; next steps, if any, will be determined upon receipt of the Plaintiff's response.

**IT IS SO ORDERED**.

Dated: 8/17/2022

_____
RICHARD SEEBORG
Chief United States District Judge