UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHEN RUSSELL, | Case No. 18-cv-06691-RS |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| NIR MAMAN, et al., | |
| Defendants. | |

Plaintiff in the above-entitled matter having failed to appear at the case management conference on April 20, 2023, and defendant having filed a case management conference statement and having appeared at that proceeding in compliance with the Court's orders,

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause will be held June 15, 2023. If plaintiff fails to appear, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 20, 2023

RICHARD SEEBORG
Chief United States District Judge