UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHEN RUSSELL, | |
|---|---|
| Plaintiff, | Case No. 18-cv-06691-RS |
| v. | |
| NIR MAMAN, et al., | **SECOND ORDER TO SHOW CAUSE** |
| Defendants. | |

Due to his as yet unexplained absence from the case management conference on April 20, 2023, Plaintiff was ordered to file a response to show why the case should not be dismissed for failure to prosecute by May 18, 2023, and an attendant hearing was scheduled for June 15, 2023. Plaintiff has failed to file his response before the deadline. In light of the impending hearing, and mindful of Plaintiff's current *pro se* status, Plaintiff is given until June 1, 2023 to file his response to the Order to Show Cause. If Plaintiff either again fails to file his response by the deadline, or fails to appear for the hearing on June 15, 2023, the case will be dismissed for failure to prosecute.

**IT IS SO ORDERED**.

Dated: May 19, 2023

_____
RICHARD SEEBORG
Chief United States District Judge