United States District Court
Northern District of California

1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT

8          NORTHERN DISTRICT OF CALIFORNIA

9

10

STEPHEN RUSSELL,

        Plaintiff,

11

v.

12

NIR MAMAN, et al.,

13

        Defendants.

14

15

AND RELATED CROSS-CLAIMS

16

17

NIR MAMAN, an individual; CT707
ISRAELI KRAV SYSTEMS, INC., an
Ontario Corporation,

18

        Third Party Plaintiffs,

19

v.

20

RONEN SHLOMO, an individual;
BSECURE, a California Corporation; and
FOES 1-50,

21

22

        Third Party Defendants.

23

Case No. 18-cv-06691-RS

**ORDER TO SHOW CAUSE**

24

25          Plaintiff's case was dismissed for failure to prosecute on June 6, 2023. Dkt. 307. As

26    Defendants Nir Maman and CT707 Israeli Krav Systems, Inc. ("CT707") have made no attempt

27    since then to pursue the claims in their First Amended Counterclaim against Plaintiff, they are

28    ordered to show cause why those claims should not be dismissed. Maman and CT707 must file

1    either a notice of voluntary dismissal of their claims or a motion to strike Plaintiff's Answer to the

2    First Amended Counterclaim (in anticipation of proceeding to default judgment) by August 25,

3    2023, or else those claims will be dismissed.

4         As Defendants' response may obviate the need for a separate judgement, and the currently

5    pending Motion for Entry of Final Judgment filed by Third Party Defendants Ronen Shlomo and

6    BSecure is suitable for disposition without oral argument, the Motion for Entry of Final Judgment

7    is hereby taken under submission pursuant to Local Rule 7-1(b), and the hearing currently

8    scheduled for August 24, 2023 is vacated.

9

10   **IT IS SO ORDERED**.

11

12   Dated: August 9, 2023

13   _____

14   RICHARD SEEBORG
     Chief United States District Judge

United States District Court
Northern District of California